# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-3498
_____

The Doe Run Resources Corporation

Plaintiff - Appellant

v.

Lexington Insurance Company

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:10-cv-01875-JAR)
_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.


June 13, 2013


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans